# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GIANNAROS,

       Plaintiff,

v.

EPIC SPORTS, INC.

       Defendant.

Case No. 20-cv-11044-DLC

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties, by and through counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear his or its own costs and waiving any rights of appeal.

Respectfully submitted,

| STEPHEN GIANNAROS | EPIC SPORTS, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ *Jason M. Leviton* | /s/ *Tony K. Lu* |
| Jason M. Leviton (BBO # 678331) | Tony K. Lu (BBO# 678791) |
| BLOCK & LEVITON LLP | DENTONS US LLP |
| 260 Franklin Street | One Beacon Street |
| Suite 1860 | Suite 25300 |
| Boston, Massachusetts 02110 | Boston, Massachusetts 02108 |
| 617-398-5600 (telephone) | (617) 235-6817 (telephone) |
| 617-507-6020 (facsimile) | (617) 235-6899 (fax) |
| jason@blockesq.com | tony.lu@dentons.com |

Dated:  October 22, 2020

2

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/     Tony K. Lu